|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SIXIAN CAO, | CASE NO. 2:21-cv-1292-RSL |
|---|---|
| Plaintiff, | JOINT STIPULATION AND ORDER TO EXTEND DEADLINE |
| v. |   |
| ALEJANDRO MAYORKAS, *et.al.*, |   |
| Defendants. |   |

    Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application for adjustment of status. Dkt. No. 1. Defendants' deadline to respond to the Complaint is December 3, 2021. Defendants respectfully request a 60-day extension of this deadline to allow the parties to resolve this matter without further litigation. This extension will provide USCIS with the time to process Plaintiff's application, which will include scheduling interviews of Plaintiff and potentially her husband and son who is located abroad.

    Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court extend the response deadline until February 1, 2022.

JOINT STIPULATION
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 22nd day of November, 2021.

2                                                Respectfully submitted,

3

4                                                NICK W. BROWN
                                                 United States Attorney
5
                                                 s/ Michelle R. Lambert
6                                                MICHELLE R. LAMBERT, NYS #4666657
                                                 Assistant United States Attorney
7                                                United States Attorney's Office
                                                 1201 Pacific Avenue, Suite 700
8                                                Tacoma, WA 98402
                                                 Phone: 253-428-3824
9                                                Fax: 253-428-3826
                                                 Email: michelle.lambert@usdoj.gov
10
                                                 *Counsel for Defendants*
11

12

13

14

15                                               s/
                                                 SIXIAN CAO
16                                               1730 Newport Way
                                                 Issaquah, WA 98027
17                                               Phone: 646-234-6961
                                                 Email: impkissdog@gmail.com
18                                               *Pro Se Plaintiff*

19

20

21

22

23

24

25

26

## ORDER

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' deadline to respond to the Complaint is extended to February 1, 2022.

Dated this 23rd day of November, 2021.

*ROBERT S. LASNIK*
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970