UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXIAN CAO<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEJANDRO MAYORKAS, *et.al.*,<br><br>                    Defendants. | CASE NO. 2:21-cv-1292-RSL<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE |

Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application for adjustment of status. Dkt. No. 1. Defendants' deadline to respond to the Complaint is February 1, 2022. Dkt. No. 7. Defendants respectfully request to an additional continuance of 60 days of this deadline to allow the parties to continue to work towards resolving this matter without further litigation.

There is good cause for the extension. Since the parties filed the last stipulation, USCIS has interviewed Plaintiff and her husband. Adjudication on Plaintiff's application is complete as USCIS approved Plaintiff's Form I-485 on January 19, 2022. In addition, USCIS has completed adjudication of Plaintiff's husband's petition and application. USCIS approved Plaintiff's husband's Form I-730 on December 16, 2021, and denied his pending I-485 on January 5, 2022,

JOINT STIPULATION AND ORDER
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

as he was not eligible for the benefit at the time of filing the application. USCIS is actively processing the last remaining petition, the Form I-730, Follow to Join Petition, which pertains to the Plaintiff's son, currently residing outside of the United States in China. Because the subject of the petition resides outside the continental United States, USCIS is unable to adjudicate this petition domestically. As soon as USCIS approved the Plaintiff's Form I-485, the agency began preparing the child beneficiary petition for referral to the USCIS office in Beijing, China for interview and adjudication. This extension will provide USCIS with the time to continue to process Plaintiff's son's petition.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court extend the response deadline until April 4, 2022.

DATED this 20th day of January, 2022.

Respectfully submitted,

NICK W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

_____
SIXIAN CAO
1730 Newport Way
Issaquah, WA 98027
Phone: 646-234-6961
Email: impkissdog@gmail.com
*Pro Se Plaintiff*

JOINT STIPULATION AND ORDER
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' deadline to respond to the Complaint is extended to April 4, 2022.

Dated this 20th day of January, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION AND ORDER
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970