1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXIAN CAO<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et.al.*,<br><br>Defendants. | CASE NO. 2:21-cv-1292-RSL<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE |

    Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application for adjustment of status. Dkt. No. 1. Defendants' deadline to respond to the Complaint is April 4, 2022. Dkt. No. 9. Defendants respectfully request an additional continuance of 90 days of this deadline to allow the parties to continue to work towards resolving this matter without further litigation.

    There is good cause for the extension. The only remaining petition at issue here is the Form I-730, Follow to Join Petition, which pertains to the Plaintiff's son, who currently resides in China. Because the subject of the petition resides outside the continental United States, USCIS is unable to adjudicate this petition domestically. As soon as USCIS approved the Plaintiff's Form I-485, the agency began preparing the child beneficiary petition for referral to

JOINT STIPULATION
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the USCIS office in Guangzhou, China for interview and adjudication. Since the last status report, USCIS forwarded the beneficiary petition to the State Department for processing, which thereafter sent it to the Guangzhou office. Plaintiff's son is currently scheduled to be interviewed in Guangzhou on May 4, 2020. Once the interview occurs, the petition can be fully adjudicated. This requested extension should provide USCIS with sufficient time to interview Plaintiff's son and thereafter finish adjudicating petition.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court extend the response deadline until July 5, 2022.

DATED this 30th day of March, 2022.

Respectfully submitted,

NICK W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

_____
SIXIAN CAO
1730 Newport Way
Issaquah, WA 98027
Phone: 646-234-6961
Email: impkissdog@gmail.com
*Pro Se Plaintiff*

JOINT STIPULATION
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that Defendants' deadline to respond to the Complaint is extended to July 5, 2022.

Dated this 31st day of March, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION
CASE NO. 2:21-cv-1292-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970