District Judge John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXIAN CAO,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, *et.al.*,<br><br>  Defendants. | CASE NO. 2:21-cv-1292-JHC<br><br>STIPULATED MOTION FOR DISMISSAL AND ORDER<br><br>Noted for consideration on: May 10, 2022 |

Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 application for adjustment of status and her son's I-730 application. Dkt. No. 1. USCIS has approved Plaintiff's applications. Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION
CASE NO. 2:21-cv-1292-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 //

2 DATED this 10th day of May, 2022.

Respectfully submitted,

NICK W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*


*Sixian Cao* (signature)
SIXIAN CAO
1730 Newport Way
Issaquah, WA 98027
Phone: 646-234-6961
Email: impkissdog@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION
CASE NO. 2:21-cv-1292-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

It is so **ORDERED**. The case is dismissed without prejudice.

Dated this __10th__ day of __May__, 2022.

*John H. Chun*
_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION
CASE NO. 2:21-cv-1292-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970